EXHIBIT A

# star **REWARDS**



## Red Star Rewards account statement

For the period ending Nov 1, 2009
Days in billing cycle: 31

Theresa J Barrett
Account number: 43-82█████████
**Questions?** Call 866-593-2543
Page: 1 of 2



## Account summary



Revolving

| | |
|---|---|
| Balance of last statement | 0.00 |
| Payments | – 0.00 |
| New transactions this statement | + 1,403.41 |
| INTEREST CHARGES | + 0.00 |
| **$ New Balance** | **1,403.41** |
| **Minimum payment due on Dec 1, 2009** | **$0.00** |

## Financial terms

| | |
|---|---|
| Average daily balance | $356.27 |
| Daily periodic rate | 0.06573% |
| **ANNUAL PERCENTAGE RATE** | **23.99%** |

Thank you for opening a new account and joining Star Rewards. Your new account savings is $238.68.

**Thanks For Sharing**
Accumulated Value to Date:     $126.39

*This statement includes a disputed amount of $1,377.38 on your Revolving account. This amount is not included in the calculation of INTEREST CHARGES or payment due. Payment on this amount is not required until our inquiry is resolved. Payments are required on any portion of the balance not in dispute.*

## Revolving account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Oct 25 | Southlake | Lauren – Outerwear | 358.00 |
| | | Lauren – Sweaters | 169.00 |
| | | Lauren – Cut N Sew Knits | 29.98 |
| | | Lauren – Woven Pants | 89.50 |
| | | Lauren Jeans CO – Replenishment Denim | 59.50 |
| | | Sales tax | 49.42 |
| | | **Receipt total** | **755.40** |
| Oct 25 | Southlake | New Account Savings | – 113.33 |
| Oct 25 | Southlake | Lthr/Suede/Fake Fur Coat – Leather | 199.99 |
| | | Wool Coats – Moderate Short Length | 238.00 |
| | | Sales tax | 30.66 |
| | | **Receipt total** | **468.65** |
| Oct 25 | Southlake | New Account Savings | – 70.30 |

*(continued on next page)*

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at **www.macys.com/paybill**, or by mail.
**Mailed payments received by 5:00pm local time will be credited as of the date received.**

Account number: 43-82█████████
**Payment due date: Dec 1, 2009**

 **Payment slip**

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

| Account name – Type | New Balance | Minimum payment | Amount Enclosed |
|---|---|---|---|
| Revolving – 20 | 1,403.41 | $0.00 $ | |



THERESA J BARRETT

PO BOX 689195
DES MOINES IA 50368-9195




# star **REWARDS**



## Revolving account transaction details continued

| Date | Store | Description | Amount |
|------|-------|-------------|--------|
| Oct 25 | Southlake | Mens Polo – Outerwear | 198.00 |
| | | Mens Polo – Sweaters | 145.00 |
| | | Sales tax | 24.01 |
| | | **Receipt total** | **367.01** |
| Oct 25 | Southlake | New Account Savings | – 55.05 |
| Oct 25 | Southlake | Thanks For Sharing Prgm | 25.00 |
| | | **Receipt total** | **25.00** |
| Nov 01 | | Credit Pro 877-268-7857 | 26.03 |
| | | **Receipt total** | **26.03** |

*Visit www.macys.com to view previous transactions and statements.*



EXHIBIT B

CASR205

Page 2 of 3

# CHICAGO POLICE DEPARTMENT
# VICTIM INFORMATION NOTICE

CPD-11.380, Part 3-English-(Rev. 2/98)

*RD Number:* ▮▮▮▮▮▮▮     *Occurrence Date:* 20-OCT-2009 13:00     *Beat of Assign:* 9179

*Primary Class.:* **THEFT**     *Secondary Class.:* **FINANCIAL ID THEFT: OVER $300**

*Occurrence Address:* ▮▮▮▮▮▮▮▮▮▮▮▮     *Occ. Beat:* **2433**

*Type of Location of premise where offense occurred (give name of location if applicable)*

090     APARTMENT

### IMPORTANT: KEEP THIS NOTICE FOR YOUR PERSONAL RECORDS

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. _____
If an arrest has taken place, the following is your court information:
Date: _____ Time: _____ Court branch: _____ Court Loc.: _____
If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's ___ Office at
(773)869 - 7200

## VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT
*THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY*

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

### TO REPORT ADDITIONAL INFORMATION
If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

|        | FOR PROPERTY CRIMES |          | FOR VIOLENT CRIMES |          | FOR YOUTH DIVISION |
|--------|---------------------|----------|--------------------|----------|--------------------|
| AREA 1 | 747-8384            |          | 747-8380           |          | 747-8385           |
| AREA 2 | 747-8273            |          | 747-8276           |          | 747-8276           |
| AREA 3 | 744-8263            |          | 744-8261           |          | 744-8266           |
| AREA 4 | 746-8253            |          | 746-8252           |          | 746-9259           |
| AREA 5 | 746-8362            |          | 746-8282           |          | 746-8365           |
| BOMB & ARSON(all Areas) | | 746-7619 | AUTO THEFT(all Areas) | 746-5566 | |

### COPY OF THE REPORT
The above listed R.D. Number may suffice for insurance purposes, however, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the *"DEPARTMENT OF FINANCE - CITY OF CHICAGO"* in the amount of $.50 and a self-addressed stamped return envelope to:

Chicago Police Department
Records Inquiry Section, Room ▮▮▮▮
3510 South Michigan Ave.
Chicago, IL 60653

Include the following information with your request: 1) Victim's name and address (or person's ▮▮▮▮▮ crime), 2)Type of incident, 3)Address of occurrence, 4)R.D. Number.

### MAKE THE RIGHT CALL
To report a crime in progress or other emergency that requires immediate police response, call ▮▮▮▮
To report non-emergency situations, call the Police Department ▮▮▮▮▮▮
**CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS)**
**SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS**
The police alone cannot solve the problems of crime in our city. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call:

**CAPS HOTLINE     744-CAPS(744-2277)**
More information about CAPS is availble on the World Wide Web at http://www.ci.chi.il.us

You live on Beat_____. You next Beat: Community Meeting will be held(date and time) _____ at (location)_____

### TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)
Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling 746-9715. Hearing-impaired persons in need of assistance during normal business hours may also

01-NOV-2009 16:34

CASR205        **CHICAGO POLICE DEPARTMENT**        Page 3 of 3
**VICTIM INFORMATION NOTICE**

CPD-11.380, Part 3-English-(Rev. 2/98)

---

contact their local police district or the Preventive Programs and Neighborhood Relations Division at **745-5806**.

**RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED**
The Chicago Police Department must be notified *IMMEDIATELY*, via the "9-1-1" emergency number, when property reported lost or stolen is recovered.

**CREDIT CARDS - CHECKS, LOST OR STOLEN**
Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

**ILLINOIS CRIME VICTIMS NOTIFICATION**
Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation Program for such costs as medical, funeral, loss of support and wage loss, *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim or, if deceased, a relative or dependent, must contact the Illinois Attorney General's Office.

Further information and claim forms can be obtained from:
       Crime Victims Compensation Program
       Office of the Attorney General of Illinois
       100 West Randolph Street, 13th Floor
       Chicago, IL      60601
       Telephone: 814-2581



EXHIBIT C

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
### 120 S. LaSalle Street, 18th floor
### Chicago, Illinois  60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
### Email: info@edcombs.com
### www.edcombs.com

November 8, 2011

**CERTIFIED AND REGULAR MAIL**
Experian
701 Experian Pkwy.
P.O. Box 9554
Allen, TX 75013

Re:    Theresa Barrett, SSN ███████████

Ladies/ Gentlemen:

Demand is hereby made that you delete from any credit reports of the above individual any reference to the Macy's account (Account No. 4382██████) currently appearing as "Adjustment Pending".

Our client was a victim of identity theft and this is account does not belong to our client. Enclosed, please find documentation regarding the same.

Please respond within 30 days and send a corrected credit report showing deletion of this item.  Our clients' authorization for the release of credit information is enclosed.

You are specifically requested to provide a copy of this letter and enclosures to anyone asked to investigate this matter.

Sincerely,

Tara L. Goodwin

cc:    client (regular mail)

 Northwestern Medical Faculty Foundation, Inc.

April 9, 2010

Ms. Theresa Barrett


Dear Ms. Barrett:

Recently, Northwestern Medical Faculty Foundation learned that some patients' personal identifying information may have been stolen from the Foundation's clinics at the Galter Pavilion. The Cook County Sheriff's Department has investigated this and believes that a temporary employee of the cleaning service that cleans the Foundation's offices in Galter stole this information, which may include patient name, address, date of birth, and social security number. This suspect had access to the Galter clinics from October 2008 to December 2009, but we do not know the dates that security was breached or the specific information that was taken.

The Sheriff's Department recently gave us lists of potential identity theft victims obtained through its ongoing investigation (the first list on March 25th, another April 2nd). We have reviewed those lists of individuals to determine if any of these potential victims are also Foundation patients. While the Sheriff's lists contained hundreds of names, only a small proportion appear to have been recent patients of the Foundation. We are writing to inform you that you are among that group and that you may have been a victim of identity theft.

The Foundation truly regrets and apologizes that your personal information may have been stolen from our clinics and misused. We are investigating how this breach may have occurred and are working to understand the full extent of affected patients. Further, we are reviewing our practices to ensure the safekeeping of your confidential information.

Finally, the Foundation would like to address your situation specifically and offer some future protection against the misuse of your personal data by arranging for two (2) years of credit monitoring through Equifax (Equifax ID Patrol). This comprehensive product will allow you to monitor your credit file and automatically alert you of suspicious activity on your credit accounts. Please see the attachment for additional information about Equifax ID Patrol and enrollment instructions. Unfortunately, the Foundation cannot enroll you in this service; YOU NEED TO ENROLL IN THIS PROGRAM TO RECEIVE THIS SERVICE. Although the Foundation has arranged to pay for this service, your subsequent communication with Equifax will remain private—NMFF will not be involved in your communications nor have access to any of your personal information with Equifax.

Ms. Theresa Barrett
April 9, 2010
Page 2

If you have any questions about this incident or need assistance in accessing the Equifax service, please call 877-705-5544 during regular business hours. If you have questions about which accounts were accessed or opened fraudulently, please contact the Sheriff's Department at 708-865-4896. Also, if you enroll with Equifax, the customer care representatives may be able to assist you with those questions.

Again, please accept our sincere apology. We appreciate the trust you have placed in the Foundation, and we hope to continue to serve you in the future.

Sincerely,

Jeffrey L. Glassroth, M.D.
President and CEO

Robert M. Rosa, M.D.
Chief Privacy Officer
Northwestern Medical Faculty Foundation

JLG/RMR/md
Enclosure

CASR205

**CHICAGO POLICE DEPARTMENT**
**VICTIM INFORMATION NOTICE**

Page 2 of 3

CPD-11.380, Part 3-English-(Rev. 2/98)

*RD Number:* ▓▓▓▓▓     *Occurrence Date:* 20-OCT-2009 13:00     *Beat of Assign:* 9179

*Primary Class.:* **THEFT**     *Secondary Class.:* **FINANCIAL ID THEFT: OVER $300**

*Occurrence Address:* ▓▓▓▓▓▓▓▓     *Occ. Beat:* 2433

*Type of Location of premise where offense occurred (give name of location if applicable)*

090          APARTMENT

### IMPORTANT: KEEP THIS NOTICE FOR YOUR PERSONAL RECORDS

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. _____
If an arrest has taken place, the following is your court information:
Date: _____ Time: _____ Court branch: _____ Court Loc.: _____
If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's Office at
(773)869 - 7200

### VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT
*THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY*

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

### TO REPORT ADDITIONAL INFORMATION
If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

|  | FOR PROPERTY CRIMES | | FOR VIOLENT CRIMES | | FOR YOUTH DIVISION |
|---|---|---|---|---|---|
| AREA 1 | 747-8384 | | 747-8380 | | 747-8385 |
| AREA 2 | 747-8273 | | 747-8270 | | 747-8276 |
| AREA 3 | 744-8263 | | 744-8261 | | 744-8266 |
| AREA 4 | 746-8253 | | 746-8252 | | 746-9259 |
| AREA 5 | 746-8362 | | 746-8282 | | 746-8365 |
| BOMB & ARSON(all Areas) | | 746-7619 | AUTO THEFT(all Areas) | 746-5566 | |

### COPY OF THE REPORT
The above listed R.D. Number may suffice for insurance purposes, however, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the *"DEPARTMENT OF FINANCE - CITY OF CHICAGO"* in the amount of $.50 and a self-addressed stamped return envelope to:

          Chicago Police Department
          Records Inquiry Section, Room ▓▓▓
          3510 South Michigan Ave.
          Chicago, IL 60653 ___
Include the following information with your request: 1) Victim's name and address for personal crime),
2)Type of incident, 3)Address of occurrence, 4)R.D. Number.

### MAKE THE RIGHT CALL
To report a crime in progress or other emergency that requires immediate police response, call ▓▓▓
To report non-emergency situations, call the Police Department ▓▓▓

### CHICAGO ALTERNATIVE POLICING STRATEGY(CAPS)
### SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS
The police alone cannot solve the problems of crime in our city. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call:

          CAPS HOTLINE     744-CAPS(744-2277)
More information about CAPS is availble on the World Wide Web at http://www.ci.chi.il.us

You live on Beat_____. You next Beat: Community Meeting will be held(date and time)
                    at (location)

### TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)
Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling 746-9715. Hearing-impaired persons in need of assistance during normal business hours may also

CASR205

# CHICAGO POLICE DEPARTMENT
# VICTIM INFORMATION NOTICE

CPD-11.380, Part 3-English-(Rev. 2/98)

contact their local police district or the Preventive Programs and Neighborhood Relations Division at **745-5806**.

## RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED
The Chicago Police Department must be notified *IMMEDIATELY*, via the "9-1-1" emergency number, when property reported lost or stolen is recovered.

## CREDIT CARDS - CHECKS, LOST OR STOLEN
Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

## ILLINOIS CRIME VICTIMS NOTIFICATION
Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation Program for such costs as medical, funeral, loss of support and wage loss, *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING*. To apply or to determine whether one qualifies, the victim or, if deceased, a relative or dependent, must contact the Illinois Attorney General's Office.

Further information and claim forms can be obtained from:
    Crime Victims Compensation Program
    Office of the Attorney General of Illinois
    100 West Randolph Street, 13th Floor
    Chicago, IL  60601
    Telephone: 814-2581



# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603-3403
(312) 739-4200
(800) 644-4673
(312) 419-0379 (FAX)
Email: info@edcombs.com
www.cdcombs.com

## AUTHORIZATION

Theresa Barrett   hereby authorizes Edelman, Combs, Latturner & Goodwin, LLC to obtain credit reports and information for the purpose of attempting to correct or remove erroneous information from them.

Theresa Barrett

Social Security Number

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**O F F I C I A L   U S E**

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To *Experian: 701 Experian Pkwy*

Street, Apt. No.; or PO Box No. *P.O. Box 9554*

City, State, ZIP+4 *Allen TX, 75013*

7011 0110 0000 9572 5483

PS Form 3800, August 2006          See Reverse for Instructions

EXHIBIT D

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
### 120 S. LaSalle Street, 18th floor
### Chicago, Illinois 60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
### Email: info@edcombs.com
### www.edcombs.com

January 23, 2012

**CERTIFIED AND REGULAR MAIL**

Experian
701 Experian Pkwy.
P.O. Box 9554
Allen, TX 75013

Trans Union
Consumer Disclosure Center
P.O. Box 6790
Fullerton, CA 92834

Equifax Information Services, LLC
P.O. Box 105069
Atlanta, GA 30348

Re: Theresa Barrett, SSN ████████

Ladies/ Gentlemen:

Demand is hereby made that you delete from any credit reports of the above individual any reference to the Macy's account (Account No. 4382████████) currently appearing as disputed by consumer.

Our client was a victim of identity theft and this is account does not belong to our client. Enclosed, please find documentation regarding the same.

Please respond within 30 days and send a corrected credit report showing deletion of this item. Our clients' authorization for the release of credit information is enclosed.

You are specifically requested to provide a copy of this letter and enclosures to anyone asked to investigate this matter.

Sincerely,

Tara L. Goodwin

cc: client

Macy's
9111 Duke Blvd.
Mason, OH 45040

 Northwestern Medical Faculty Foundation, Inc.

April 9, 2010

Ms. Theresa Barrett


Dear Ms. Barrett:

Recently, Northwestern Medical Faculty Foundation learned that some patients' personal identifying information may have been stolen from the Foundation's clinics at the Galter Pavilion. The Cook County Sheriff's Department has investigated this and believes that a temporary employee of the cleaning service that cleans the Foundation's offices in Galter stole this information, which may include patient name, address, date of birth, and social security number. This suspect had access to the Galter clinics from October 2008 to December 2009, but we do not know the dates that security was breached or the specific information that was taken.

The Sheriff's Department recently gave us lists of potential identity theft victims obtained through its ongoing investigation (the first list on March 25th, another April 2nd). We have reviewed those lists of individuals to determine if any of these potential victims are also Foundation patients. While the Sheriff's lists contained hundreds of names, only a small proportion appear to have been recent patients of the Foundation. We are writing to inform you that you are among that group and that you may have been a victim of identity theft.

The Foundation truly regrets and apologizes that your personal information may have been stolen from our clinics and misused. We are investigating how this breach may have occurred and are working to understand the full extent of affected patients. Further, we are reviewing our practices to ensure the safekeeping of your confidential information.

Finally, the Foundation would like to address your situation specifically and offer some future protection against the misuse of your personal data by arranging for two (2) years of credit monitoring through Equifax (Equifax ID Patrol). This comprehensive product will allow you to monitor your credit file and automatically alert you of suspicious activity on your credit accounts. Please see the attachment for additional information about Equifax ID Patrol and enrollment instructions. Unfortunately, the Foundation cannot enroll you in this service; YOU NEED TO ENROLL IN THIS PROGRAM TO RECEIVE THIS SERVICE. Although the Foundation has arranged to pay for this service, your subsequent communication with Equifax will remain private—NMFF will not be involved in your communications nor have access to any of your personal information with Equifax.

Ms. Theresa Barrett
April 9, 2010
Page 2

If you have any questions about this incident or need assistance in accessing the Equifax service, please call 877-705-5544 during regular business hours. If you have questions about which accounts were accessed or opened fraudulently, please contact the Sheriff's Department at 708-865-4896. Also, if you enroll with Equifax, the customer care representatives may be able to assist you with those questions.

Again, please accept our sincere apology. We appreciate the trust you have placed in the Foundation, and we hope to continue to serve you in the future.

Sincerely,

Jeffrey L. Glassroth, M.D.
President and CEO

Robert M. Rosa, M.D.
Chief Privacy Officer
Northwestern Medical Faculty Foundation

JLG/RMR/md
Enclosure

CASR205

# CHICAGO POLICE DEPARTMENT
## VICTIM INFORMATION NOTICE

CPD-11.380, Part 3-English-(Rev. 2/98)

---

RD Number: ▓▓▓▓▓▓          Occurrence Date: 20-OCT-2009 13:00          Beat of Assign: 9179

Primary Class.:  THEFT                    Secondary Class.:  FINANCIAL ID THEFT: OVER $300

Occurrence Address: ▓▓▓▓▓▓▓▓▓▓▓▓                              Occ. Beat:  2433

Type of Location of premise where offense occurred (give name of location if applicable)

090          APARTMENT

### IMPORTANT: KEEP THIS NOTICE FOR YOUR PERSONAL RECORDS

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. _____
If an arrest has taken place, the following is your court information:
Date: _____ Time: _____ Court branch: _____ Court Loc.: _____
If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's    Office at
(773)869 - 7200

## VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT
*THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY*

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this
number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will
be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The
presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the
arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to
determine if criminals active in the area can be identified. *A detective will not routinely contact you unless
additional information is required or your further assistance is needed.*

### TO REPORT ADDITIONAL INFORMATION
If you have knowledge of specific facts which might assist in the investigation of your case, please contact the
unit marked below:

|        | FOR PROPERTY CRIMES |          | FOR VIOLENT CRIMES |          | FOR YOUTH DIVISION |
|--------|---------------------|----------|--------------------|----------|--------------------|
| AREA 1 | 747-8384            |          | 747-8380           |          | 747-8385           |
| AREA 2 | 747-8273            |          | 747-8270           |          | 747-8276           |
| AREA 3 | 744-8263            |          | 744-8261           |          | 744-8266           |
| AREA 4 | 746-8253            |          | 746-8252           |          | 746-9259           |
| AREA 5 | 746-8362            |          | 746-8282           |          | 746-8365           |
| BOMB & ARSON(all Areas) | 746-7619 |    | AUTO THEFT(all Areas) | 746-5566 |               |

### COPY OF THE REPORT
The above listed R.D. Number may suffice for insurance purposes, however, there may be instances when a copy of
the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage
has been reported to the Chicago Police Department may be obtained after 14 working days from the date the
incident was reported. To obtain a copy of the report, send a check or money order payable to the *"DEPARTMENT OF
FINANCE - CITY OF CHICAGO"* in the amount of $.50 and a self-addressed stamped return envelope to:
>            Chicago Police Department
>            Records Inquiry Section, Room ▓▓▓▓
>            3510 South Michigan Ave.
>            Chicago, IL 60653

Include the following information with your request: 1) Victim's name and address (or per____ _____rime),
2)Type of incident, 3)Address of occurrence, 4)R.D. Number.

### MAKE THE RIGHT CALL
To report a crime in progress or other emergency that requires immediate police response, ca___ ___
To report non-emergency situations, call the Police Depa_____ _____
### CHICAGO ALTERNATIVE POLICING STRATEGY(CAPS)
### SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS
The police alone cannot solve the problems of crime in our city. It takes an active and informed community working
with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood
police officers as we work together to reduce crime and improve the quality of life in our City. Become part of
the CAPS team in your community. To find out how, call:
>            CAPS HOTLINE          744-CAPS(744-2277)

More information about CAPS is availble on the World Wide Web at http://www.ci.chi.il.us

You live on Beat_____.  You next Beat: Community Meeting will be held(date and time)
_____ at (location) _____

---

### TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)
Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a
day by calling 746-9715. Hearing-impaired persons in need of assistance during normal business hours may also

CASR205

**CHICAGO POLICE DEPARTMENT**
**VICTIM INFORMATION NOTICE**

Page 3 of 3

CPD-11.380, Part 3-English-(Rev. 2/98)

contact their local police district or the Preventive Programs and Neighborhood Relations Division at **745-5806.**

**RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED**
The Chicago Police Department must be notified *IMMEDIATELY*, via the "9-1-1" emergency number, when property reported lost or stolen is recovered.

**CREDIT CARDS - CHECKS, LOST OR STOLEN**
Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

**ILLINOIS CRIME VICTIMS NOTIFICATION**
Innocent victims of violent crime may be eligble to receive benefits from the Illinois Crime Victims Compensation Program for such costs as medical, funeral, loss of support and wage loss, *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim or, if deceased, a relative or dependent, must contact the Illinois Attorney General's Office.

Further information and claim forms can be obtained from:
       Crime Victims Compensation Program
       Office of the Attorney General of Illinois
       100 West Randolph Street, 13th Floor
       Chicago, IL    60601
       Telephone: 814-2581



# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603-3403
(312) 739-4200
(800) 644-4673
(312) 419-0379 (FAX)
Email: info@edcombs.com
www.edcombs.com

## AUTHORIZATION

Theresa Barrett   hereby authorizes Edelman, Combs, Latturner & Goodwin, LLC to obtain credit reports and information for the purpose of attempting to correct or remove erroneous information from them.

Theresa Barrett

Social Security Number

## Receipt 1

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₈

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: _Trans Union Consumer Disclosure Center_
Street, Apt. No.; or PO Box No. _P.O. Box 6790_
City, State, ZIP+4 _Fullerton CA 92834_

PS Form 3800, August 2006 — See Reverse for Instructions

## Receipt 2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₉

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: _Macy's_
Street, Apt. No.; or PO Box No. _911 Duke Blvd_
City, State, ZIP+4 _Mason, OH 45040_

PS Form 3800, August 2006 — See Reverse for Instructions

## Receipt 3

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₇

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: _Experian_
Street, Apt. No.; or PO Box No. _701 Experian Pkwy P.O.Box 9554_
City, State, ZIP+4 _Allen, TX 75013_

PS Form 3800, August 2006 — See Reverse for Instruction

## Receipt 4

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₈

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: _Equifax Information Services, LLC_
Street, Apt. No.; or PO Box No. _P.O. Box 105069_
City, State, ZIP+4 _Atlanta, GA 30348_

PS Form 3800, August 2006 — See Reverse for Instructions

EXHIBIT E

 Experian

PO Box 1240
Allen, TX 75013
www.experian.com

February 2, 2012

Tara L. Goodwin
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St., Ste. 1800
Chicago, IL 60603

RE:     Theresa J. Barrett
        Ref: ██████████████████

Dear Counselor:

Our office received your recent correspondence regarding your client's personal credit report.

An alert was previously added to your client's Experian credit file. To add a new alert contact us again when your client's current alert is due to expire.

Reference our letter sent to you in December 2011, our records indicate that we previously conducted an investigation regarding the disputed information and we provided the results of our investigation directly to your client.

According to the Fair Credit Reporting Act (FCRA), a national consumer credit reporting company's role in the dispute process is to investigate information to determine the accuracy and completeness of any disputed item by contacting the source of the disputed information and informing them of all relevant information regarding the consumer's dispute. If the issue is not resolved, then the consumer credit reporting company must offer to include a consumer statement on the personal credit report. The Federal Trade Commission (the government agency charged with enforcement of the FCRA) does not require that the consumer credit reporting company obtain documentation such as the actual signed sales slips, signature cards, contracts, etc.; nor does it require that consumer credit reporting companies act as mediators or negotiators in account disputes.

When a consumer questions information on his/her personal credit report and tell us specifically why he/she believes the information is inaccurate or incomplete, we transmit the dispute to the source of the information or to the third party vendor who collected the information from a public record source. We ask the source or the vendor to conduct a thorough and complete investigation to verify all of the information regarding the item questioned, and report back within 30 days of the date that we received the request (21 days for Maine residents and 45 days for investigation of information on an annual free credit report). We review the response to determine whether to accept it, reject it, or follow up for additional information. If we do not receive a response from the source or the vendor within the required investigation period, we will update the item as requested or delete the information, and send the consumer the results. In some instances, upon reviewing the credit file and any relevant information the consumer submitted to us, we are able to determine whether the disputed information should be changed or deleted without having to contact the source or the vendor. Once we have concluded our investigation, we will send the consumer the results. In addition to a consumer's right to dispute information in his or her credit file with the credit reporting agencies, a consumer also has the right to dispute information in his or her credit report directly with the source of the information.

If a consumer questions the results of our investigation, then the consumer may wish to contact the source of information directly or review the original information in the public record. A consumer should refer to his or her original personal credit report for the source business or public records office name, address, and phone number (if available).

 Experian

February 2, 2012
RE: Theresa J. Barrett
Page 2

If a consumer disagrees with the results of our investigation, it is the consumer's legal right, under the Fair Credit Reporting Act, to add a 100-word consumer statement specifying the nature of their dispute. The statement will appear with the item as long as the item remains on the report. Any further concerns regarding the item may need to be directed to the creditor reporting this information. If you have any supporting documentation regarding the disputed information, please forward it directly to my attention for review.

Please note that if we have already verified the accuracy of the accounts with which your client disagrees, and no additional information has been provided to us, the disputed information will remain a part of your client's personal credit report until either your client resolves it directly with the creditor or until the statute of limitations has expired.

If you have any questions, please contact me directly for assistance.

Sincerely,

Douglas Hollon
Senior Regulatory Affairs Associate
Consumer Affairs Special Services
214 726 4055

EXHIBIT F

PO Box 2000
Chester, PA 19022

| File Number: | ▬▬▬ |
| --- | --- |
| Page: | 1 of 1 |
| Date Issued: | 2/20/2012 |



Trans**Union.**

TARA L GOODWIN
EDELMAN COMBS LATTURNER AND GOODWIN LLC
120 S LASALLE ST 18TH FLOOR
CHICAGO, IL 60603

RE: THERESA BARRETT, File: ▬▬▬

Thank you for contacting TransUnion. Our goal is to maintain complete and accurate information on consumer credit reports. We have provided the information below in response to your request for the above-referenced consumer.

Re: Dispute Investigation Result(s)

Enclosed for your review is a copy of the above-referenced consumer's credit report.

If you have any additional questions or concerns, please contact TransUnion at the address shown below, or visit us on the web at www.transunion.com for general information. When contacting our office, please provide the above-referenced consumer's current file number ▬▬▬.

P.O. Box 6790
Fullerton, CA 92834-9416

Consumer Credit Report for THERESA J. BARRETT

File Number:
Page: 4 of 7
Date Issued: 02/20/2012

**DSNB/MACYS** #4382
PO BOX 8218
MASON, OH 45040
(800) 243-6552

Balance: $1,403
Date Verified: 02/17/2012

Pay Status: Current; Paid or Paying as Agreed
Account Type: Revolving Account
Responsibility: Individual Account
Date Opened: 10/24/2009

Loan Type: CHARGE ACCOUNT
Remarks: ACCT INFO DISPUTED BY CONSUMR

| Late Payments (26 Months) | 30 | 60 | 90+ | Last 26 months | '12 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '11 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| | | | | | X | OK | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | '10 | dec | | | | | | | | | | | | | | | | | | | | | | |

Redacted

Redacted